Leodis C. Matthews, Esq. SBN 109064
ZHONG LUN LAW FIRM LLP
leodismatthews@zhonglun.com
4322 Wilshire Boulevard, Suite 200
Los Angeles, California 90010-3792
Tel. 323.930.5690
Fax 323.930.5693

Attorneys for Defendant,
JOHN THOMAS TERRENCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00179-LJO-SKO |
| Plaintiff, | |
| v. | **WAIVER OF DEFENDANT'S PRESENCE** |
| BAHAR GHARIB-DANESH, D.C. aka BAHAR GHARIB aka BAHAR DANESH aka BAHAR DANESH-GHARIB aka BAHAR DANESH GHARIB NA YONG EOH, D.C., and JOHN THOMAS TERRENCE, PsyD, Ph.D | |
| | Date: April 4, 2016 Time: 1:00 p.m. Ctrm: 3 |
| Defendant. | |

TO THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant JOHN THOMAS TERRENCE hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case,

1

including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of the jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence. Mark McKeon, Assistant United States Attorney, has confirmed he has no objections to this request.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: March 30, 2016        __/s/ John T. Terrence_____
                             John T. Terrence
                             *Original signature retained by attorney*


Date: March 30, 2016

                             ZHONG LUN LAW FIRM LLP


                     By:     __/s/ Leodis C. Matthews__
                             LEODIS C. MATTHEWS

Attorneys for Defendant
JOHN THOMAS TERRENCE

## **ORDER**

Defendant's appearance is hereby waived for all proceedings permitted under Rule 43 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **March 31, 2016**                              **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE

3