1 | LEODIS C. MATTHEWS (SBN 109064)
E-mail: LeodisMatthews@ZhongLun.com
2 | **ZHONG LUN LAW FIRM LLP**
4322 Wilshire Blvd., Suite 200
3 | Los Angeles, California 90010
Telephone: (323) 930-5690
4 | Facsimile: (323) 930-5693

5 | Attorney for Defendant,
JOHN THOMAS TERRENCE, PsyD, Ph.D.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00179-LJO-SKO |
| Plaintiff, | **ORDER ON THE PARTIES' STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JOHN THOMAS TERRENCE, | |
| Defendants. | |

**ORDER**

The Court, having received and reviewed the Parties' Stipulation to Continue Sentencing Hearing Date of John Thomas Terrence, and for good cause shown, the Stipulation is **HEREBY GRANTED**.

The new date for the sentencing hearing is now set for Monday, October 29, 2018, at 11:00 a.m., in Department of the Honorable Lawrence J. O'Neill of above entitled Court, or at any time convenient to the Court

IT IS SO ORDERED.

Dated: __**October 18, 2018**__        _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES CHIEF DISTRICT JUDGE