| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:15-CR-00179-LJO |
| | Plaintiff, | STIPULATION TO AMEND JUDGMENT |
| | v. | COURT: Hon. Lawrence J. O'Neill |
| JOHN THOMAS TERRENCE, | | |
| | Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Vincente A. Tennerelli, Assistant United States Attorney, counsel for the plaintiff, and Leodis Clyde Matthews, counsel for defendant John Thomas Terrence, that the defendants' judgment be amended as follows:

In light of defendant's timely payment of the full amount of the $ 31,005.69 restitution ordered by the Court on November 28, 2018 as well as the $ 100 special assessment in this matter, defendant's term of probation, now in effect over one year, be terminated. The parties view this as an equitable result, particularly given that defendant Terrence's codefendants' probation terms were reduced to 12 months upon payment of full restitution.

IT IS SO STIPULATED.

STIPULATION

1

| | | |
|---|---|---|
| Dated: January 24, 2020 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| Dated: January 24, 2020 | | /s/ Leodis C.Matthews<br>Leodis C. Matthews<br>Counsel for Defendant<br>John Thomas Terrence |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **January 27, 2020**         /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE